FRANK SINDONI, as Administrator of the Estate of NUNZIO SINDONI, Deceased, Respondent, v. ARTHUR WERNER, Appellant.—

No opinion. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.